IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN CAMPS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOYCE ADAMS, et al** | : | **NO. 08-4994** |

## ORDER

**AND NOW**, this 5th day of August, 2009, upon consideration of Defendant Rune Hellerslia's Motion to Dismiss and the response filed in opposition, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, and the claims against Defendant Rune Hellerslia are **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint setting forth a cognizable claim.

        **BY THE COURT:**

        **/s/ Mitchell S. Goldberg**
        _____
        **Mitchell S. Goldberg, J.**